■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RODRIGUEZ, Appellant. [900 NYS2d 870]—Appeal from judgment of resentence, Supreme Court, New York County (Thomas Farber, J.), rendered February 5, 2009, resentencing defendant, as a second felony offender, to a term of eight years, with five years' postrelease supervision, unanimously dismissed as moot, in that Supreme Court has granted defendant's motion to set aside the resentence. Concur—Tom, J.P., Friedman, Nardelli, Acosta and Abdus-Salaam, JJ.

Motion to dismiss appeal as moot granted.